# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                  **3:09cr71/RV**

**SERGIO ALEJANDRO GONZALEZ,**
         **Defendant.**
_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the defendant, SERGIO ALEJANDRO GONZALEZ, to count one of the indictment against him is hereby ACCEPTED.

Sentencing is set for Wednesday, September 30, 2009, at 10:00 a.m.

DONE AND ORDERED this 24th day of July, 2009.


                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**